UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:06-CR-92 |
| | ) | JUDGES PHILLIPS/GUYTON |
| PHILLIP A. APODACA | ) | |

## ORDER AMENDING AGREED PRELIMINARY ORDER OF FORFEITURE

Upon motion of the United States, pursuant to 21 U.S.C. § 853 and Federal Rules of Criminal Procedure 32.2(b), it is hereby

ORDERED, ADJUDGED AND DECREED that the Agreed Preliminary Order of Forfeiture previously filed in the above-styled case on November 16, 2006, is hereby amended to allow the Drug Enforcement Administration to retain custody of the Ruger 9mm Pistol and LW Seecamp .32 Handgun until their investigation is complete. At the conclusion of the investigation, the Drug Enforcement Administration is directed to turn over custody of the firearms to the United States Marshals Service for completion of the forfeiture in this case.

It is further ORDERED ADJUDGED AND DECREED that the Clerk of this Court shall provide a certified copy of this Order to the United States Marshals Service and to the United States Attorney's Office.

ENTER:

_____
THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE